# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2014

### NO. 03-14-00348-CV

**Justin Vacek, Appellant**

**v.**

**Paula Vacek, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that Justin Vacek has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.